IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-6478 |
| | ) ) | Judge Gary Feinerman |
| v. | ) ) | |
| GES USA, INC., | ) ) | |
| Defendant. | ) ) | |

## Motion for Entry of Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter Judgment against the Defendant and in support state:

1.      Plaintiffs filed their complaint seeking an ERISA audit and any delinquent contributions shown to be owed.

2.      The Court previously entered and Order of Default on October 23, 2017 due to Defendant's failure to appear and answer the complaint.

3.      The Plaintiffs audited the books and records of the Defendant to verify that all contributions were submitted.  The audit revealed that the Defendant  breached the provisions of the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Funds based upon the hours worked by employees during the period January 1, 2013 through March 31, 2016.  The contributions owed to the Trust Fund as a consequence of this breach are $20,360.29. (Exhibit A, affidavit of Debbie Trzeciak, Client Services Manager) (Exhibit B, Audit Report)

4. The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $6,519.90 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). (Exhibit B)

5. The Defendants owe $1,229.00 for necessary and reasonable audit fees, (Exhibit B), $3,315.00 for necessary and reasonable attorney fees and costs of $400.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit C, affidavit of Daniel P. McAnally)

WHEREFORE, Plaintiffs pray that their motion for entry of judgment be granted in the amount of $31,824.19.

Respectively submitted,

/s/ Daniel P. McAnally
Attorney for Plaintiffs

Daniel P. McAnally
McGann, Ketterman & Rioux
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com